PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Offender: Luis Perdomo  Cr.: 20-00293-001
PACTS #: 5699023

Name of Sentencing Judicial Officer:     THE HONORABLE RAYMOND A. JACKSON,
U.S. DISTRICT COURT JUDGE, (ED/VA)

Name of Assigned Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ,
U.S. DISTRICT COURT JUDGE

Date of Original Sentence: 01/13/2016

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Five (5) Kilograms or More of Cocaine and One (1) Kilogram or more of Heroin, in violation of U.S.C §§ 846, 841(a)(1), and 841 (b)(1)(A), a Class A Felony.

Original Sentence: 96 months' imprisonment, 60 months' supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Obtain General Educational Development (GED) Diploma or Vocational Skill if not Employed Full Time

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/17/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."**<br><br>On May 6, 2021, Perdomo was arrested by Department of Homeland Security (DHS) and charged with Manufacturing, Distributing, or Disbursing of any Controlled Substance. Perdomo explained to the undersigned officer that he was questioned during a traffic stop and the vehicle was searched with consent. Perdomo reported he was traveling with this father's friend, who is the owner of the vehicle. Perdomo further explained there was a piece of furniture sealed in the backseat, and upon a search of the vehicle and furniture by DHS, cocaine was discovered. Perdomo alleged he was unaware the piece of furniture contained narcotics and was driving the vehicle to return his own vehicle's registration.<br><br>Although Perdomo was arrested, he was not formally charged, as the U.S. Attorney's Office declined prosecution for either Perdomo or the owner of the vehicle. Perdomo was released. According to the arresting agent, Perdomo was not the subject of the investigation and they did not believe he was aware of the narcotics in the vehicle. |

U.S. Probation Officer Action:

The Probation Office will continue to monitor Perdomo. If there are any incidents of non-compliance, the Court will be notified. Please allow this letter to serve as a formal written reprimand for the recent arrest.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*          *06/22/2021*

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

**6/22/21**
Date